# DISTRICT COURT CIVIL COVER SHEET

A-15-717393-C

_____County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

XXVIII

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| AMBER REYNOLDS | CARDENAS MARKET, INC |
| | MARINA SOSA |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| JASON BARRUS, ESQ | N/A |
| BAKER LAW OFFICES, 500 S. Eighth Street Las Vegas, NV 89101 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☑ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

4/22/2015

Date

Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1

Electronically Filed
04/23/2015 09:18:33 AM

1   LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
2   JASON BARRUS, ESQ.
Nevada Bar No. 9344
3   **BAKER LAW OFFICES**
500 S. Eighth Street
4   Las Vegas, NV 89101
Telephone :  (702) 360-4949
5   Facsimile  :  (702) 360-3234
Attorneys for Plaintiff
6

**CLERK OF THE COURT**

7

DISTRICT COURT
8
CLARK COUNTY, NEVADA
9

10

AMBER REYNOLDS, individually          DEPT. NO.: A-15-717393-C
11
            Plaintiff,                CASE NO.:  XXVIII
12
vs.                                   **COMPLAINT**
13
CARDENAS MARKET, INC., MARINA
14   SOSA, an individual, DOE EMPLOYEES 1
through 5, DOES 1 through 10, and ROE
BUSINESS ENTITIES 1 through 10,
15   inclusive,

16
            Defendants.
17

18       COMES NOW PLAINTIFF, AMBER REYNOLDS, by and through her attorneys,

19   BAKER LAW OFFICES, and for her cause of action against Defendants, and each of them,

20   complains and alleges as follows:

21                          **GENERAL ALLEGATIONS**

22       1.    That at all relevant times, PLAINTIFF, AMBER REYNOLDS, (hereinafter

23   referred to as "PLAINTIFF") is and was a resident of Las Vegas, Clark County, State of

24   Nevada.

25       2.    That at all times relevant hereto, Defendant CARDENAS MARKET, INC.,

26   (hereinafter referred to as "CARDENAS"), was a foreign corporation duly licensed and

27   authorized to do business in Las Vegas, Clark County, Nevada.\

28

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◇ Facsimile (702) 360-3234

3.     That at all times relevant hereto, Defendant Marina Sosa, was the manager of the CARDENAS located at 4700 Meadows Lane, Las Vegas, NV, and a resident of Clark County, State of Nevada.

4.     That the true names and capacities, whether individual, corporate, association or otherwise of the Defendants, DOE EMPLOYEES 1 through 5, and/or DOES 1 through 10, and/or ROE BUSINESS ENTITIES 1 through 10, inclusive, are unknown to PLAINTIFF, who,   therefore,   sues said Defendants by such fictitious names. PLAINTIFF is informed and believes, and thereupon alleges, that each of the Defendants designated herein as DOE EMPLOYEES, DOES and/or ROE BUSINESS ENTITIES is responsible in some manner for the events and happenings herein referred to, and in some manner caused the injuries and damages proximately thereby to the PLAINTIFF, as herein alleged; that the PLAINTIFF will ask leave of this court to amend this Complaint to insert the true names and capacities of said Defendants, DOE EMPLOYEES 1 through 5 and/ or DOES 1 through 10 and/or ROE BUSINESS ENTITIES 1 through 10, inclusive, when the same have been ascertained by PLAINTIFF, together with the appropriate charging allegations, and to join such Defendants in this action.

5.     That at all times herein mentioned, Defendants, including DOE EMPLOYEES 1 through 5 and/or DOES 1 through 10 and/or ROE BUSINESS ENTITIES 1 through 10, inclusive, were the employees and/or owners and/or operators and/or maintainers of the location(s) involved in the accident, herein after referred to as Defendant store and/or property, fully described herein below.

6.     PLAINTIFF is informed and believes, and based upon such information and belief, alleges that Defendants, and each of them, designated as does AND/OR roe corporations are, in some manner, responsible for the occurrences and injuries sustained by PLAINTIFF, as alleged.

7.     At all times mentioned, the Defendants, and each of them, were the designers, contractors, sub-contractors, vendors, maintainers, owners, managers, inspectors,

supervisors and/or controllers of the premises and common areas generally known as CARDENAS MARKET located at 4700 Meadows Lane, Las Vegas, NV 89107.

## FACTS COMMON TO ALL CAUSES OF ACTION

That PLAINTIFF incorporates by this reference each and every allegation previously made in this Complaint, as if here fully set forth.

8.  On or about August 17, 2013, Defendants and each of them, while in the course and scope of their employment and/or agency with other Defendants, negligently failed to design, construct, control, supervise, repair and maintain the premises and common areas generally known as CARDENAS MARKET located at 4700 Meadows Lane, Las Vegas, NV 89107 and further failed to warn PLAINTIFF of hazards which resulted in PLAINTIFF's injuries.

9.  As a direct and proximate result, PLAINTIFF slipped and fell due to a dangerous condition on Defendants' premises and was seriously injured and caused to suffer great pain of body and mind, some of which conditions are permanent and disabling all to her general damage in an amount in excess of Ten Thousand Dollars ($10,000.00).

## FIRST CAUSE OF ACTION
## (NEGLIGENCE)

That PLAINTIFF incorporates by this reference each and every allegation previously made in this Complaint, as if here fully set forth.

10. On or about August 17, 2013, Defendants, while in the course and scope of their employment and/or agency with other Defendants, negligently failed to design, construct, control supervise, repair and maintain the premises and further failed to warn PLAINTIFF of hazards which resulted in PLAINTIFF's injuries.

11. As a direct and proximate result of Defendants' negligence, PLAINTIFF has suffered serious injuries to her person, which injuries have required and may still require treatment and care and from which the PLAINTIFF has suffered great pain of body and mind, discomfort, irritation, upset, embarrassment, reduced physical activity,

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◇ Facsimile (702) 360-3234

and the inability to live her life in the manner it was conducted prior to the August 17, 2013, incident, all to her general damages in an amount in excess of Ten Thousand Dollars ($10,000.00).

12.    As a further direct and proximate result, PLAINTIFF incurred expenses for medical care and treatment and will incur expenses for medical care and treatment in the future in an amount to be proven at trial.

13.    As a further direct and proximate result, PLAINTIFF sustained past and future loss of earnings and earning capacity in an amount to be proven at trial.

14.    As a further direct and proximate result, PLAINTIFF has suffered a loss of past and future household services.

15.    That PLAINTIFF has been forced to retain the service of an attorney to represent her in this action, and as such is entitled to reasonable attorney's fees and litigation costs.

**SECOND CAUSE OF ACTION**

**(NEGLIGENCE - RESPONDEAT SUPERIOR)**

That PLAINTIFF incorporates by this reference each and every allegation previously made in this Complaint, as if here fully set forth.

15.    Because Defendant Marina Sosa and Defendants DOE EMPLOYEES 1 through 5, were acting within the course and scope of their employment, service or agency for Defendants, Defendant CARDENAS MARKET, INC., and/or DOES 1 through 10 and/or ROE BUSINESS ENTITIES 1 through 10, are vicariously liable for the injuries sustained by PLAINTIFF as alleged above.

16.    That PLAINTIFF has been forced to retain the service of an attorney to represent her in this action and as such is entitled to reasonable attorney's fees and litigation costs.

///

///

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234

**PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF, AMBER REYNOLDS, expressly reserves her right to amend her Complaint at the time of trial of the actions herein to include all items of damage not yet ascertained, and prays for judgment against the Defendants as follows:

1.) For general compensatory damages, including past, present, and future pain and suffering and loss of enjoyment of life, in an amount to be proved at trial;

2.) For  special damages, including but not limited  to, lost wages, medical and incidental expenses as well as future medical expenses in an amount in conformance to proof at trial;

3.) For an award in excess of Ten Thousand Dollars ($10,000.00) as compensation for all general and special damages suffered by the PLAINTIFF as a consequence of the negligence of the Defendants;

4.) For  reasonable  attorney's  fees  and  costs of this action, and prejudgment interest herein; and

5.) For such other and further relief as the Court deems just and proper under the circumstances.

Dated this 22nd day of April, 2015.


BAKER LAW OFFICES

/s/ *Jason Barrus*
LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
JASON BARRUS, ESQ.
Nevada Bar No. 9344
500 S. Eighth Street
Las Vegas, NV 89101
Attorney for Plaintiff

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234

LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
JASON BARRUS, ESQ.
Nevada Bar No. 9344
**BAKER LAW OFFICES**
500 S. Eighth Street
Las Vegas, NV 89101
Telephone :  (702) 360-4949
Facsimile  :  (702) 360-3234
Attorneys for Plaintiffs

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| AMBER REYNOLDS, individually | DEPT. NO.: |
| Plaintiff, | CASE NO.: |
| vs. | |
| CARDENAS MARKET, INC., MARINA SOSA, an individual, DOE EMPLOYEES 1 through 5, DOES 1 through 10, and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants | |

**INITIAL APPEARANCE FEE DISCLOSURE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted

for the parties appearing in the above entitled action as indicated below:

PLAINTIFF:   AMBER REYNOLDS

TOTAL REMITTED:            $270.00

Dated this 22nd day of April, 2014.

**BAKER LAW OFFICES**

/s/ *Jason Barrus*
LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
JASON BARRUS, ESQ.
Nevada Bar No. 9344
500 S. Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff